```
                      FSA Time Credit Assessment
                  Register Number:01318-506, Last Name:MERO MUNOZ
```

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 01318-506         | Responsible Facility: MIA
Inmate Name                            | Assessment Date.....: 02-11-2023
  Last.............: MERO MUNOZ        | Period Start/Stop...: 09-01-2022 to 02-11-2023
  First............: CARLOS            | Accrued Pgm Days....: 163
  Middle...........: MANUEL            | Disallowed Pgm Days.: 0
  Suffix...........:                   | FTC Towards RRC/HC..: 0
Gender.............: MALE              | FTC Towards Release.: 50
Start Incarceration: 02-10-2022        | Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-01-2022 | 02-11-2023 | accrue | 163 |

```
  Accrued Pgm Days...: 163
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 50
```
--------------------------------------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 09-01-2022 | 02-28-2023 | ACTUAL | FSA R-LW | 09-21-2022 1040 | 10 |